NATHAN WERGER et al., Respondents, *v.* HAINES CORP. et al., Appellants, et al., Defendants.

Submitted May 31, 1951; decided July 11, 1951.

*Morris Schmulbach* for appellants.
*Reuben R. Kaufman* for respondents.

Judgment affirmed, with costs; no opinion. (*Jenkins* v. *Moyse,* 254 N. Y. 319; *New York Credit Men's Assn.* v. *Manufacturers Discount Corp.,* 298 N. Y. 640.)

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.